MAUNSELL VAN RENSSELAER, Respondent, *v.* EDWARD S. BULL et al., Respondents, THOMAS C. HIGGINS et al., Appellants.

(Argued April 25, 1892; decided May 6, 1892.)

APPEAL from order of the General Term of the Supreme Court in the first judicial department, made November 13, 1891, which affirmed an order denying a motion to vacate certain sales under a decree of foreclosure.

*Eugene L. Bushe* for appellants.

*James E. Chandler, Robert P. Harlow* and *Jno. Alex Beall* for respondents.

Agree to affirm on opinion in General Term.
All concur.
Order affirmed.

_____

THE PEOPLE ex rel. EDWARD LUCKEMEYER, Appellant, *v.* MICHAEL COLEMAN et al., Commissioners of Taxes and Assessments of the City of New York, Respondents.

(Argued April 25, 1892; decided May 6, 1892.)

APPEAL from order of the General Term of the Supreme Court in the first judicial department, made December 5, 1891, which affirmed a judgment in favor of defendants entered upon a decision of the court on trial at Special Term.

*H. Charles Ulman* for appellant.

*David J. Dean* for respondents.

Agree to affirm; no opinion.
All concur.
Order affirmed.